UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MCCLELLAN, derivatively on behalf of Nominal Defendant MASIMO CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>JOE KIANI, MICAH YOUNG, BILAL MUHSIN, ELI KAMMERMAN, ADAM MIKKELSON, CRAIG REYNOLDS, MICHELLE BRENNAN, QUENTIN KOFFEY, JULIE A. SHIMER, and H. MICHAEL COHEN,<br><br>   Defendants,<br> and<br><br>MASIMO CORPORATION,<br><br>   Nominal Defendant. | Case No. 3:24-cv-00781-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED DERIVATIVE ACTIONS, STAY THE CONSOLIDATED DERIVATIVE ACTION, AND APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS**<br><br>**[ECF No. 9]** |
| DIANNE HIMMELBERGER, derivatively on behalf of Nominal Defendant MASIMO CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>JOE KIANI, MICAH YOUNG, BILAL MUHSIN, ELI KAMMERMAN, ADAM MIKKELSON, CRAIG REYNOLDS, MICHELLE BRENNAN, QUENTIN KOFFEY, | Case No. 3:24-cv-00868-L-DEB |

| | |
|---|---|
| 1 | JULIE A. SHIMER, and H. MICHAEL COHEN, |
| 2 | |
| 3 | Defendants, and |
| 4 | MASIMO CORPORATION, |
| 5 | Nominal Defendant. |

Before the Court is Plaintiffs' Joint Motion Regarding Consolidation of Related Actions, Appointment of Counsel, and Schedule (the "Joint Motion"). Having reviewed the Joint Motion and finding good cause, the Court GRANTS the Joint Motion, with the following modifications.

IT IS NOW HEREBY ORDERED THAT:

1. The following actions (hereinafter, the "Derivative Actions") are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 3:24-cv-00781-L-DEB (hereinafter, the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *McClellan v. Masimo Corporation et al.* | 3:24-cv-00781-L-DEB | 05/01/2024 |
| *Himmelberger v. Kiani et al* | 3:24-cv-00868-L-DEB | 05/16/2024 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MASIMO CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:24-cv-00781-L-DEB<br><br>(Consolidated with Case No. 3:24-cv-00868-L-DEB) |

3. All further papers filed in connection with the Consolidated Action shall be filed on one docket under Lead Case 3:24-cv-00781-L-DEB. All papers and documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Action.

4. Co-Lead Counsel for Plaintiffs (hereinafter, the "Co-Lead Counsel") for the conduct of the Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky (pro hac vice forthcoming)
Timothy J. MacFall (pro hac vice forthcoming)
Samir Aougab (pro hac vice forthcoming)
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar (pro hac vice forthcoming)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

jgrabar@grabarlaw.com

5. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations in the Consolidated Action. The Co-Lead Counsel shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

6. The Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiff except through Co-Lead Counsel.

7. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs in the Consolidated Action.

8. All proceedings in the Consolidated Derivative Action, including all deadlines, hearings, and conferences, will be stayed until a motion to dismiss the Securities Class Action has been (i) denied in whole or in part, and no amended complaint is subsequently filed; or (ii) granted with prejudice, and any appeals pertaining to the motion to dismiss have concluded, or the time for seeking appellate review has passed with no further action from the Securities Class Action parties.

9. Notwithstanding the foregoing Paragraph 11, the stay of proceedings in this Consolidated Derivative Action may be earlier lifted: (i) at any time, if the Parties file a written stipulation with the Court agreeing to lift the stay; (ii) after thirty (30) days' written notice via email from Plaintiffs' counsel to the undersigned counsel for Defendants, but only if a stockholder derivative lawsuit regarding the same allegations made in the Consolidated Derivative Action, wherever instituted, is not stayed for the same or longer duration than the stay of this Consolidated Derivative Action; (iii) after thirty (30) days' written notice via email from Defendants' counsel to the undersigned counsel for Plaintiffs;

or (iv) upon order from the court.

10. After the stay is lifted, the Parties shall, within thirty (30) days, meet and confer and submit to the Court a proposed scheduling order governing further proceedings in the Consolidated Derivative Action.

11. Notwithstanding the stay of proceedings in the Consolidated Derivative Action, Plaintiffs may file an amended complaint, although Defendants shall be under no obligation to move, answer, plead, or otherwise respond to the amended complaint during the pendency of the stay.

12. If another shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases is hereafter filed, removed, reassigned, or transferred to this Court, Co-Lead Counsel shall call it to the attention of the court by filing a motion for consolidation with the Consolidated Action.

13. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to the Derivative Actions and any shareholder derivative actions subsequently consolidated therewith.

**IT IS SO ORDERED.**

Dated: July 22, 2024

_____
Hon. M. James Lorenz
United States District Judge